## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Charles P. Kocoras | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 03 C 9247 | **DATE** | 10/3/2005 |
| **CASE TITLE** | Flowers vs. Columbia College Chicago | | |

**DOCKET ENTRY TEXT:**

Pretrial conference held. Cause is hereby dismissed with leave to reinstate on or before November 16, 2005. Said dismissal with then become with prejudice.

Notices mailed by judge's staff.

| | Courtroom Deputy Initials: | SCT |
|---|---|---|